

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00053-CV

**HAMPTON ROADS LANDSCAPING &
LAWN CARE, LLC AND MARK TAYLOR,**

                                           **Appellants**

 **v.**

**THE GROUNDS GUYS, LLC,**

                                           **Appellee**

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2018-2319-3

## MEMORANDUM OPINION

Hampton Roads Landscaping & Lawn Care, LLC and Mark Taylor, appellants, appeal from the trial court's issuance of a temporary injunction. Appellants' brief and docketing statement are past due. In letters dated March 4, 2019, and March 22, 2019, the Clerk of this Court warned appellants that if the docketing statement and the brief were not filed within time periods set by the letters, the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c); 44.3. The time periods have passed and neither a docketing statement nor a brief have been filed.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed April 24, 2019
[CV06]

